**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| David Milo Pan and<br>Judith Ashley Roberts,<br><br>*Debtors.* | Case No. 26-11607-DJB<br>Chapter 7 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on May 13, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Notice of Corrected Social Security Number and Amended Petition

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 13, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Harry J. Giacometti**
1717 Arch Street
Suite 3300
Philadelphia, PA 19103

**Method of Service - First Class Mail**

American Express Travel
Related Services
Attn: Bankruptcy
PO Box 981537
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Oxygen XI
Attn: Bankruptcy
9540 SW Gemini Drive
#34354
Beaverton, OR 97008

Penn Medicine
Attn: Bankruptcy
P.O. Box 824406
Philadelphia, PA 19182

Porsche Financial Srvc
Attn: Bankruptcy Dept, Porsche Financial
Services
One Porsche Drive
Atlanta, GA 30354

Sharepointcu
750 2nd Street
Hopkins, MN 55343

SoFi
Attn: Bankruptcy
2750 East Cottonwood Pky, Ste 300
Salt Lake City, UT 84121

Sofi Lending Corp/MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Toyota Motor Credit
Corporation
Attn: Bankruptcy
PO Box 9013
Addison, TX 75001

U.S. Small Business Admin.
Attn: Bankruptcy
409 3rd St SW
Washington, DC 20416

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328