**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

David Milo Pan and
Judith Ashley Roberts,

*Debtors.*

Case No. 26-11607-DJB
Chapter 7

### Notice of Corrected Social Security Number and Amended Petition

Please take notice that Debtor 1, David Milo Pan, has corrected his social security number, specifically the last four digits, and has also amended the petition to reflect the correction.

Date: May 13, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com