# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| David Milo Pan and<br>Judith Ashley Roberts,<br><div align="right">*Debtors.*</div> | Case No. 26-11607-DJB<br>Chapter 7 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on May 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Notice of Corrected Social Security Number and Amended Petition

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 15, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service - First Class Mail

**Barry A. Friedman & Associates, P.C.**
Attn: Bankruptcy
257 Saint Anthony St
Mobile, AL 36603

**E Advance Services, LLC**
Attn: Bankruptcy
370 Lexington Ave Rm 801
New York, NY 10017-6510

**Radius Global Solutions, LLC**
Attn: Bankruptcy
7505 Metro Blvd Ste 400
Minneapolis, MN 55439-3010