American Express Travel
Related Services
Attn: Bankruptcy
PO Box 981537
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Barry A. Friedman &
Associates, P.C.
Attn: Bankruptcy
257 Saint Anthony St
Mobile, AL 36603-6460

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

E Advance Services, LLC
Attn: Bankruptcy
370 Lexington Ave Rm 801
New York, NY 10017-6510

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Oxygen XI
Attn: Bankruptcy
1620 Route 22 E Ste 205d
Union, NJ 07083-3411

Penn Medicine
Attn: Bankruptcy
P.O. Box 824406
Philadelphia, PA 19182

Porsche Financial Srvc
Attn: Bankruptcy Dept, Porsche Financial
Services
One Porsche Drive
Atlanta, GA 30354

Radius Global Solutions, LLC
Attn: Bankruptcy
7505 Metro Blvd Ste 400
Minneapolis, MN 55439-3010

Sharepointcu
750 2nd Street
Hopkins, MN 55343

SoFi
Attn: Bankruptcy
2750 East Cottonwood Pky, Ste 300
Salt Lake City, UT 84121

Sofi Lending Corp/MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Toyota Motor Credit
Corporation
Attn: Bankruptcy
PO Box 9013
Addison, TX 75001

U.S. Small Business Admin.
Attn: Bankruptcy
P.O. Box 156059
Fort Worth, TX

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328