United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 26-11607-djb

David Milo Pan                                                                  Chapter 7

Judith Ashley Roberts

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                                 Page 1 of 3

Date Rcvd: Jul 24, 2026                  Form ID: 318                            Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David Milo Pan, Judith Ashley Roberts, 400 Walnut St Apt 10c, Philadelphia, PA 19106-3744 |
| 15144070 | # | Barry A. Friedman & Associates, P.C., Attn: Bankruptcy, 257 Saint Anthony St., Mobile AL 36603-6460 |
| 15144072 | | E Advance Services, LLC, Attn: Bankruptcy, 370 Lexington Ave Rm 801, New York NY 10017-6510 |
| 15130290 | | Oxygen XI, Attn: Bankruptcy, 1620 Route 22 E Ste 205d, Union, NJ 07083-3411 |
| 15144074 | + | Porshe Financial Srvc, Attn: Bankruptcy Dept., Porsche, Financial Services, One Porsche Drive, Atlanta GA 30354-1654 |
| 15130293 | + | Sharepointcu, 750 2nd Street, Hopkins, MN 55343-8587 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2026 01:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 25 2026 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15130283 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2026 01:40:54 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 15130284 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2026 01:40:54 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15130285 | | EDI: TSYS2 | Jul 25 2026 05:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15130286 | | EDI: CAPITALONE.COM | Jul 25 2026 05:33:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15130287 | | EDI: JPMORGANCHASE | Jul 25 2026 05:33:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15130288 | + | EDI: CITICORP | Jul 25 2026 05:33:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15130289 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 25 2026 01:40:55 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15165753 | | EDI: IRS.COM | Jul 25 2026 05:33:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0313-2
User: admin
Page 2 of 3
Date Rcvd: Jul 24, 2026
Form ID: 318
Total Noticed: 26

| 15130295 | Email/Text: EBN@Mohela.com | Jul 25 2026 01:38:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
|---|---|---|---|
| 15130292 | Email/Text: pfs.accountmanagement@porsche.us | Jul 25 2026 01:38:00 | Porsche Financial Srvc, Attn: Bankruptcy Dept, Porsche Financial, One Porsche Drive, Atlanta, GA 30354 |
| 15165756 | Email/Text: pfs.accountmanagement@porsche.us | Jul 25 2026 01:38:00 | Porsche Financial Srvc, Attn: Bankruptcy Dept., Porsche Financial Services, One Porsche Drive, Atlanta, GA 30354 |
| 15130291 | ^ MEBN | Jul 25 2026 01:32:43 | Penn Medicine, Attn: Bankruptcy, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 15165757 | Email/Text: ngisupport@radiusgs.com | Jul 25 2026 01:38:00 | Radius Global Solutions, LLC, Attn: Bankruptcy, 7505 Metro Blvd Ste 400, Minneapolis, MN 55439-3010 |
| 15144081 | Email/Text: ngisupport@radiusgs.com | Jul 25 2026 01:38:00 | Radius Global Solutions, LLC, Attn: Banruptcy, 7505 Metro Blvd. Suite 400, Minneapolis MN 55439-3010 |
| 15130294 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jul 25 2026 01:40:59 | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Pky, Ste 300, Salt Lake City, UT 84121-7285 |
| 15130296 | + EDI: SYNC | Jul 25 2026 05:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15130297 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 25 2026 01:38:00 | Toyota Motor Credit Corporation, Attn: Bankruptcy, PO Box 9013, Addison, TX 75001-9013 |
| 15130299 | + EDI: WFHOME | Jul 25 2026 05:33:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15130298 | | U.S. Small Business Admin., Attn: Bankruptcy, P.O. Box 156059, Fort Worth, TX |
| 15165763 | | U.S. Small Business Admin., Attn: Bankruptcy, P.O. Box 156059, Fort Worth, TX |
| 15165744 | *+ | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 15165745 | *+ | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15165746 | * | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15165747 | * | Barry A. Friedman & Associates, P.C., Attn: Bankruptcy, 257 Saint Anthony St, Mobile, AL 36603-6460 |
| 15165748 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15165749 | * | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15165750 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15165751 | * | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15165752 | * | E Advance Services, LLC, Attn: Bankruptcy, 370 Lexington Ave Rm 801, New York, NY 10017-6510 |
| 15165760 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15165754 | * | Oxygen XI, Attn: Bankruptcy, 1620 Route 22 E Ste 205d, Union, NJ 07083-3411 |
| 15165755 | *+ | Penn Medicine, Attn: Bankruptcy, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 15165758 | *+ | Sharepointcu, 750 2nd Street, Hopkins, MN 55343-8587 |
| 15165759 | *+ | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Pky, Ste 300, Salt Lake City, UT 84121-7285 |
| 15165761 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15165762 | *+ | Toyota Motor Credit Corporation, Attn: Bankruptcy, PO Box 9013, Addison, TX 75001-9013 |
| 15165764 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 2 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2                     User: admin                          Page 3 of 3
Date Rcvd: Jul 24, 2026                  Form ID: 318                    Total Noticed: 26

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| HARRY GIACOMETTI | on behalf of Trustee HARRY GIACOMETTI harry.giacometti@flastergreenberg.com P100@ecfcbis.com;diana.janansky@flastergreenberg.com |
| HARRY GIACOMETTI | harry.giacometti@flastergreenberg.com  P100@ecfcbis.com;diana.janansky@flastergreenberg.com |
| MICHAEL A. CIBIK | on behalf of Debtor David Milo Pan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Judith Ashley Roberts help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Milo Pan | Social Security number or ITIN   xxx–xx–3686 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Judith Ashley Roberts | Social Security number or ITIN   xxx–xx–0472 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   26–11607–djb

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Milo Pan

Judith Ashley Roberts
aka Tillie Ashley Roberts–Pan

7/23/26

**By the court:**   Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 | **Order of Discharge** | page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**