*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 7

David Milo Pan and Judith Ashley Roberts               : Case No. 26–11607–djb
       Debtor(s)

## *ORDER*
_____

AND NOW, this day , July 29, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                         By The Court

                         Derek J Baker
                         Judge, United States Bankruptcy Court